O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILLER, et al.<br><br>    Plaintiff,<br><br>-vs-<br><br>CITY OF LOS ANGELES, et al.<br><br>    Defendants. | Case No EDCV07-0806 VAP(CTx)<br><br>**Assigned to: Honorable Virginia A. Phillips**<br>**Courtroom: 2 - Riverside**<br><br>JUDGMENT ON<br>SPECIAL VERDICT<br><br>**Trial: January 5, 2010**<br>**Time: 8:30 a.m.**<br>**Ctrm: 2** |

On January 5, 2010, the foregoing matter was called for trial in Courtroom 2 of the United States District Court. The parties answered ready for Trial. On January 5, 2010, a panel of jurors was called and sworn.

The case was tried to the jury on January 5, 6, 7, 8, 12, and 13, 2010, and the case was then submitted to the jury for deliberation.

On January 14, 2010, the jury returned a unanimous verdict as follows:

We, the jury, in the above-entitled cause, find the following special verdict on the questions submitted to us:

**Question No. 1**

Did defendant Cesar Mata, Jr., subject the decedent Philip Arthur Miller to deadly force without having probable cause to believe Philip Arthur Miller posed an imminent

1

1 threat of death or serious bodily injury to defendant Cesar Mata, Jr., or to others?

2      Yes _____      No __**X**__

3      (If you answered Question No. 1 "No," the presiding juror should date and sign this
4 form.  If you answered Question No. 1 "Yes," then answer Question No. 2.)

5 Question No. 2
6      Did defendant Cesar Mata, Jr., act with a purpose to harm decedent Philip Arthur
7 Miller, thus "shocking the conscience"?

8      Yes _____      No _____

9      (Answer Question No. 3.)

10 **Question No. 3**
11      Did defendant Cesar Mata, Jr., an employee of defendant City of Los Angeles,
12 commit violent acts which interfered with decedent Philip A. Miller's right to be free from
13 unreasonable seizures?

14      Yes _____      No _____

15      (Answer Question No. 4.)

16 **Question No. 4**
17      Were the actions of defendant Cesar Mata, Jr., a legal cause of injury of damages to
18 plaintiff P.A.M, Jr., a minor?

19      Yes _____      No _____

20      (If you answered Question No. 4 "Yes," answer Question No. 5. If you answered
21 Question No. 4 "No," answer Question No. 6.)

22 **Question No. 5**
23      We award plaintiff P.A.M., Jr., a minor, damages in the sum of:
24      $_____

25      (Answer Question No. 6.)

26 **Question No. 6**
27      Were the actions of defendant Cesar Mata, Jr., a legal cause of injury or damages to
28 Philip A. Miller, deceased?

1     Yes _____   No_____

2     (If you answered Question No. 6 "Yes," answer Question No. 7. If you
3 answered Question No. 6 "No," answer Question No. 8 if you also answered Question No.
4 2 "Yes." If you answered Question Nos. 2 and 6 "No," the presiding juror should date and
5 sign this form.)

6 **Question No. 7**

7     We award plaintiff Successor in Interest for Phillip A. Miller, deceased, damages in
8 the sum of:

9     $_____

10     (Please answer Question No. 8 if you answered Question No. 2 "Yes.")

11 **Question No. 8**

12     Were the actions of defendant Cesar Mata, Jr., a legal cause of injury or damages to
13 plaintiff Georgia Miller?

14     Yes _____   No_____

15     (If you answered Question No. 8 "Yes," please answer Question No.9. If you
16 answered Question No. 8 "No," answer Question No. 10.

17 **Question No. 9**

18     We award plaintiff Georgia Miller damages in the sum of:

19     $_____

20     (Answer Question No. 10.)

21 **Question No. 10**

22     Did defendant Cesar Mata, Jr., act with malice, oppression, or a reckless disregard
23 for the constitutional rights of decedent Philip Arthur Miller or any plaintiff?

24     Yes _____   No_____

25 Dated this ___14___ Day of January, 2010

26                                               REDACTED

27                                               Presiding Juror

28


# **ORDER**

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgement on the merits be entered in favor of Defendants, THE CITY OF LOS ANGELES and CESAR MATA, JR., and against Plaintiffs, GEORGIA MILLER, individually, DENISE BAILEY as Guardian Ad Litem for P.A.M., Jr., a Minor, and his authorized representative as the successor in interest for PHILIP ARTHUR MILLER, deceased, that the Plaintiffs take nothing; and that Defendants THE CITY OF LOS ANGELES and CESAR MATA, JR. as the prevailing party, shall be entitled to recover their costs reasonably incurred in defense of this action in accordance with the Federal Rules of Civil Procedure and the U.S. Central District Local Rules.

Dated: January 20, 2010

_____
Honorable Virginia A. Phillips
United States District Judge